# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5230**                      **September Term, 2023**

**1:16-cv-00346-RBW**

**Filed On: November 15, 2023** [2027122]

Jennifer Bradley,

      Appellant

   v.

National Collegiate Athletic Association,
doing business as NCAA, et al.,

      Appellees

------------------------------

Consolidated with 22-5247

## M A N D A T E

In accordance with the order of November 15, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                     BY:   /s/
                                Laura M. Morgan
                                Deputy Clerk

Link to the order filed November 15, 2023