# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5230**　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　**1:16-cv-00346-RBW**

　　　　　　　　　　　　　　　　　　**Filed On: November 15, 2023**

Jennifer Bradley,

　　　　Appellant

　　v.

National Collegiate Athletic Association,
doing business as NCAA, et al.,

　　　　Appellees

------------------------------

Consolidated with 22-5247

## O R D E R

　　Upon consideration of the unopposed motions for voluntary dismissal of these cross-appeals, it is

　　**ORDERED** that the motions be granted and these consolidated cases be dismissed.

　　The Clerk is directed to issue the mandate forthwith to the district court.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　Deputy Clerk